*William F. Bennett*, pro se, in support of the petition.

*Jody Benbow*, in opposition.

Decided March 2, 2000

## JULIO GUTIERREZ *v.* COMMISSIONER OF CORRECTION

The petitioner Julio Gutierrez's petition for certification for appeal from the Appellate Court, 56 Conn. App. 904 (AC 18840), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided March 2, 2000

## STATE OF CONNECTICUT *v.* CARMI KELLMAN

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 279 (AC 19110), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Neal Cone*, assistant public defender, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided March 2, 2000